*Olympic Tug & Barge, Inc., Petitioner, v. Dep't of Revenue, Respondent*, No. 92265-9. Petition for review of a decision of the Court of Appeals, No. 46102-1-II, July 21, 2015, 188 Wn. App. 949. *Denied* February 10, 2016.

*Christensen, Respondent, v. Roach, Petitioner*, No. 92266-7. Petition for review of a decision of the Court of Appeals, No. 44340-6-II, August 11, 2015, 189 Wn. App. 1028. *Denied* February 10, 2016.

*State, Respondent, v. Soto, Petitioner*, No. 92269-1. Petition for review of a decision of the Court of Appeals, No. 32214-9-III, September 3, 2015, 189 Wn. App. 1053. *Denied* February 10, 2016.

State, Respondent, v. Belousov, Petitioner, No. 92162-8. Petition for review of a decision of the Court of Appeals, No. 46563-9-II, July 31, 2015. *Denied* February 10, 2015.

Schlecht, Petitioner, v. Clark County, Respondent, No. 92198-9. Petition for review of a decision of the Court of Appeals, No. 47359-3-II, August 18, 2015. *Denied* February 10, 2016.

State, Respondent, v. Almanzor, Petitioner, No. 92243-8. Petition for review of a decision of the Court of Appeals, No. 46248-6-II, July 10, 2015. *Denied* February 10, 2016.

*In re Parental Rights to B.P.*, No. 91925-9. Motion for discretionary review of a decision of the Court of Appeals, No. 32437-1-III, June 4, 2015, 188 Wn. App. 113. *Granted* February 11, 2016.